UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.  3:24-cr -50(S1)-WWB-SJH
18 U.S.C. § 1701

REKISHA DUCKWORTH

## INFORMATION

The United States Attorney charges:

### COUNT ONE

At some time unknown to the United States Attorney but no earlier than January 6, 2023, and no later than March 1, 2023, in the Middle District of Florida,

REKISHA DUCKWORTH,

the defendant herein, knowingly and willfully did obstruct and retard the passage of mail, specifically, a parcel containing a Target gift card and a bracelet.

In violation of 18 U.S.C. § 1701.

ROGER B. HANDBERG
United States Attorney

By: _____
LAURA COFER TAYLOR
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division